| | |
|---|---|
| **Tammy Taylor,**<br>         **Plaintiff,**<br>vs<br>**Angie Ramirez,**<br>         **Defendant.**<br>_____/ | IN THE UNITED STATES<br>DISTRICT COURT SOUTHERN<br>DISTRICT OF FLORIDA<br><br>CASE NO.: 18-60283-CIV-ZLOCH |

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Dieter (Nick) Gunther of Mediation Firm, Inc. on 1/14/2020 10:00 AM.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    The parties have reached a total Settlement.

I HEREBY CERTIFY that a true copy of the foregoing was furnished via email to all parties.

**Respectfully Submitted**

By: _____

**JAMES B. CHAPLIN, ESQUIRE**
    Florida Bar Number 110628
    401 East Las Olas Boulevard,
    Suite 1220
    Fort Lauderdale, FL 33301
    Telephone: 800-741-7000