UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60283-CIV-DIMITROULEAS

TAMMY TAYLOR,

    Plaintiff,
vs.

ANGIE RAMIREZ and THE CITY OF
FORT LAUDERDALE,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On July 29, 2019, this Court entered its Scheduling Order, which required the parties to file a notice of settlement within ten (10) calendar days of the mediation conference if a full or partial settlement is reached and submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 52]. On January 23, 2020, a mediator's report was filed stating that this case was mediated on January 14, 2020 and a complete settlement of all issues was reached. *See* [DE 61]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **February 11, 2020**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.[1]

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record