UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60283-CIV-DIMITROULEAS

TAMMY TAYLOR,

    Plaintiff,
vs.

ANGIE RAMIREZ and CITY OF
FORT LAUDERDALE,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal [DE 63] ("Notice"), filed on February 6, 2020. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant Ramirez filed an Answer and Affirmative Defenses on April 22, 2019. [DE 41]. Accordingly, a stipulation of dismissal signed by Plaintiff and Defendant is required. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, it is **ORDERED AND ADJUDGED** that the Notice [DE 63] is hereby **DENIED without prejudice** to be re-filed on or before February 13, 2020, as a Joint Stipulation for Dismissal or another document indicating that Rule 41 is inapplicable to this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 6th of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record