UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-60283-CIV-ZLOCH

TAMMY TAYLOR,

    Plaintiff,

vs.

ANGIE RAMIREZ, et al.

    Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL

    Plaintiff, TAMMY TAYLOR and Defendant, ANGIE RAMIREZ (collectively "Parties"), by and through their undersigned attorneys, hereby jointly stipulate to the Court and request the entry of an Order of Dismissal as follows:

    1.    That this matter was settled in full at mediation on January 14, 2020.

    2.    As a condition of the settlement, Plaintiff, TAYLOR executed a Release of All Claims.

    3.    The Parties request that this Court enter an Order dismissing this cause with prejudice.

    4.    The Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.  *See Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272, 1280 (11th Cir. 2012).

    Respectfully submitted,

This 19th day of February, 2020.

| | |
|---|---|
| /s/ Dameka L. Davis | /s/ Jeffery R. Lawley |
| Florida Bar No. 0110587 | Florida Bar No.: 0596027 |
| E-mail: davislegalfl@gmail.com | Email: jrl@bclmr.com |
| The Davis Legal Center | BILLING, COCHRAN, LYLES, |
| 2719 Hollywood Boulevard, A-1187 | MAURO & RAMSEY, P.A. |
| Hollywood, FL 33020 | SunTrust Center, 6th Floor |
| Tel:    954-256-5958 | 515 East Las Olas Boulevard |
| Fax:    954-272-7665 | Fort Lauderdale, FL  33301 |
| **Attorneys for Plaintiff** | Tel: 954-764-7150 |
| | Fax: 954-764-7279 |
| | **Attorneys for Defendant,** |
| | **Angie Ramirez** |