UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60283-CIV-DIMITROULEAS

TAMMY TAYLOR,

    Plaintiff,

vs.

ANGIE RAMIREZ and THE CITY OF
FORT LAUDERDALE,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation for Dismissal [DE 65], (the "Stipulation"), filed herein on February 19, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED**;

2. This case is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction solely for the purpose of enforcing the settlement agreement.

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 20th day of February, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record